UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALDO ANTONIO GUTIERREZ-PANIAGUA, | Case No.:  3:26-cv-2512-CAB-JLB |
| Petitioner, | **ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |
| v. | |
| WARDEN, OTAY MESA DETENTION CENTER, et al., | |
| Respondents. | |

Petitioner Donaldo Antonio Gutierrez-Paniagua has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]

The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted.  *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.")  For example, the Petition has no information regarding when or how Petitioner entered the United States, whether he has been previously detained by immigration authorities, or the circumstances of his most recent detention.

1

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition must be complete in itself without reference to the original Petition.  Respondents not named and any claim not re-alleged will be considered waived.  *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated:  April 21, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge